UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JASON C. HOSKINSON,<br><br>                    Defendant. | Case Number: 9:22-PO-05033-KLD<br>Ticket Number: F02S000E<br>Location Code: M10<br>Disposition Code: NC<br><br>ORDER DISMISSING |

The government having dismissed the above referenced violation notice. Accordingly,

**IT IS ORDERED** that the violation notice 9:22-PO-05033-KLD is **DISMISSED**.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant, and to the Central Violations Bureau.  CVB is directed to enter NC as the disposition code in this matter.

Dated this 17th day of October, 2022.

_____                          _____
Date Signed                                                             KATHLEEN L. DESOTO
                                                                           United States Magistrate Judge